# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **TODDRICKA GIBSON** | **CIVIL ACTION** |
| **VERSUS** | |
| **ALLIED TRUST INSURANCE COMPANY** | **NO. 22-00949-BAJ-SDJ** |

## JUDGMENT

Considering the parties' **Joint Motion To Dismiss (Doc. 32)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees.

Baton Rouge, Louisiana, this 18th day of October, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**